Case 2:02-CR-00197 Document 43 Filed 02/06/2006 Page 2 of 3

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* CR-S-02-197-JCM(RJJ) | DOCKET NUMBER *(Rec. Court)* CR06-32ML-DLM |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Peter Steven Caveretta | DISTRICT<br>NEVADA | DIVISION<br>U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE<br>James C. Mahan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/29/04 | TO 11/18/07 |

OFFENSE

Making False Statements - 18 U.S.C. § 1001
Establishment of Manufacturing Operationb - 21 U.S.C. § 856
False Declarations Before Grand Jury - 18 U.S.C. 1623(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 15, 2006
*Date*

James C. Mahan
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/28/06
Effective Date

Ernest C Torres
United States District Judge