FILED
APR 10 2002
CLERK, U S DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

DANIEL G. BOGDEN
United States Attorney
THOMAS O. O'CONNELL
Assistant United States Attorney
Narcotics and Violent Crimes Section
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>VS<br>**PETER STEVEN CAVERETTA,**<br>DEFENDANT. | CRIMINAL INDICTMENT<br>CR-S-02- 197 JCM (RJJ)<br>**VIOLATION:**<br>18 U.S.C. §1001 - Making False Statements |

**THE GRAND JURY CHARGES THAT:**

On or about April 6, 2001, in the State and Federal District of Nevada,

**PETER STEVEN CAVERETTA,**

defendant herein, did, in a matter within the jurisdiction of the Drug Enforcement Administration (DEA), an agency of the Government of the United States, knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, to wit: the defendant falsely stated to members of the joint federal-state task force, including members of the DEA, that to his knowledge there had never been an indoor marijuana grow at his residence at 121 Hyman Place, Las Vegas, Nevada, the defendant then and there

knowing that in fact an indoor marijuana grow had been previously maintained at that location, in violation of Title 18, United States Code, Section 1001.

**DATED:** this 10th day of April 2002.

**A TRUE BILL:**

[signature]
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

[signature]

THOMAS O. O'CONNELL
Assistant United States Attorney